*December 5, 1933.*

GEIGER, Appellant, vs. INDUSTRIAL COMMISSION and PITTSBURGH PLATE GLASS COMPANY, Respondents.

For the appellant: *Will C. Gobel* of Milwaukee.

For the respondent Industrial Commission: The *Attorney General* and *Mortimer Levitan,* assistant attorney general.

For the respondent Pittsburgh Plate Glass Company: *Harvey M. Burns* of Milwaukee.

*By the Court.*—Judgment affirmed.

STANBURY, Respondent, vs. BARBO, Appellant.

For the appellant: *Curran & Sher* of Superior.

For the respondent: *Donald A. Rock,* attorney, and *Dietrich & Daley* of counsel, all of Superior.

*By the Court.*—Judgment affirmed.

HERREID, Acting Commissioner of Banking, Respondent, vs. DAY and wife, Appellants.

For the appellants: *J. Charles Pile* of Dodgeville.

For the respondent: *Fiedler, Jackson & Boardman* of Mineral Point.

*By the Court.*—Judgment affirmed.